IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01832-OES

GABRIEL B. ATSEPOYI,

Plaintiff,

v.

UNIVERSITY OF COLORADO AT DENVER,
JAMES SHORE (Chancellor), and
CARLA HAWLEY,

Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

On September 21, 2005, Plaintiff Gabriel B. Atsepoyi filed with the Court a *pro se* Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Court reviewed the documents and directed the Clerk of the Court to commence a civil action. The Court then granted Mr. Atsepoyi leave to proceed pursuant to § 1915.

The Court must construe the Complaint liberally, because Plaintiff is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will direct Plaintiff to amend the Complaint.

In the Complaint, Plaintiff asserts that Defendants refused to return $2200.00 to him when he withdrew from the University of Colorado at Denver during the 2004 fall semester to return to Africa and perform burial ceremonies for members of his family. As relief, Plaintiff seeks the return of the $2200.00.

The Court has reviewed Mr. Atsepoyi's Complaint and has determined that the action may be dismissed, because the Complaint fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.

Mr. Atsepoyi fails to assert proper jurisdiction and show that he is entitled to relief in this Court. Although, in part, Plaintiff has used a Title VII Complaint form and claims that he was discriminated against due to his race, color, and religion, he indicates on Page Two of the form, in response to Questions Seven and Eight, that a filing of a charge with the Equal Employment Opportunity Commission and the receipt of a Notice of Right to Sue letter does not apply to the instant action. He further states, under the "Nature of Case" portion of the form on Page Two, that the nature of the case involves a breach of contract claim, which is more properly raised in a state court. Furthermore, he does not allege any facts that might support an employment discrimination claim pursuant to Title VII if that is what he is intending to file.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The Court finds that the Complaint does not meet the requirements of Fed. R. Civ. P. 8(a), but that Mr. Atsepoyi should be given an opportunity to file an Amended Complaint. He will be directed to do so below.

Plaintiff should take note that if he is seeking to pursue a Title VII action in this Court exhaustion of administrative remedies is a jurisdictional prerequisite to filing Title VII claims in federal court, see **Khader v. Aspin**, 1 F.3d 968, 970 (10th Cir. 1993), and he is required to provide to the Court the date that he received a Notice to Sue Letter from the Equal Employment Opportunity Commission. Accordingly, it is

ORDERED that Mr. Atsepoyi file, **within thirty (30) days from the date of this Order**, an original and a copy of an Amended Complaint that complies with the pleading requirements of Fed. R. Civ. P. 8, as discussed in the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Atsepoyi, together with a copy of this Order, two copies of both a Complaint form and a Title VII Complaint form, so that Plaintiff may identify the type of action that he is attempting to file in this Court. It is

FURTHER ORDERED that, if Mr. Atsepoyi fails within the time allowed to file an Amended Complaint that complies with this Order, to the Court's satisfaction, the Complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 28 day of September, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01832-OES

Gabriel B. Atsepoyi
8822 E. Florida Ave. #217
Denver, CO 80247

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint and Title VII Complaint forms** to the above-named individuals on 9-28-05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk