IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01832-OES

GABRIEL B. ATSEPOYI,

   Plaintiff,

v.

UNIVERSITY OF COLORADO AT DENVER,
JAMES SHORE (Chancellor), and
CARLA HAWLEY,

   Defendants.

FILED
UNITED STATES DISTRICT COURT

OCT 2 6 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

On October 14, 2005, Plaintiff Gabriel B. Atsepoyi filed a Motion to Dismiss. In the Motion, Mr. Atsepoyi requests that the Court dismiss the instant action without prejudice. The Court must construe the Motion to Dismiss liberally, because Mr. Atsepoyi is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Accordingly, the Court will construe the Motion as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and dismiss the action.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of October 14, 2005. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Motion is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of October 14, 2005, the date Mr. Atsepoyi filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 26 day of Oct, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01832-OES

Gabriel B. Atsepoyi
8822 E. Florida Ave. #217
Denver, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/26/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk